**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  12-cv-01506-WJM-CBS


SHEPARD JOHNSON,

　　　Plaintiff,

v.

KIM PARSONS,

　　　Defendant.

---

## ORDER DIRECTING JOINT STATUS REPORT

---

This matter comes before the Court on the Transfer Order from the Eastern District of California of this action to the District of Colorado, and the assignment to Judge William J. Martínez.  (ECF Nos. 1-2)

The parties are DIRECTED to file, on or before **June 22, 2012**, a Joint Status Report, not to exceed 4 pages in length, exclusive of signature blocks.  This filing deadline and page limitation will not be extended or increased.  The Joint Status Report shall provide the following information:

　　**A.　　Nature of the Case**

　　　　1.　　A brief summary of the nature of the claim(s) and defenses (including counterclaim(s), if any) in the case; and

　　　　2.　　A brief summary of the principal legal and factual issues in the case.

**B.      Proceedings to Date**

        1.      Summary and date of all substantive rulings (including important discovery rulings); and

        2.      Description of all pending motions, including date of filing and briefing schedule; as well as all scheduled hearings or oral arguments.

**C.      Settlement**

Summarize settlement discussions held to date, as well as the parties' current plans, if any, to undertake additional settlement efforts in the future.

**D.      Other Matters**

To the extent not otherwise discussed above, any issue or dispute in the case which one or more of the parties believes should be brought to the Court's attention at this time.

Dated this 13th day of June, 2012.

BY THE COURT:

William J. Martínez
United States District Judge

2